## BARRINGTON SCHOOL COMMITTEE
v.
## BARRINGTON TEACHERS ASSOCIATION.
### No. 80–488–A.

Supreme Court of Rhode Island.

Jan. 22, 1981.

Powers & McAndrew Incorporated, Jo Ellen Ojeda, Providence, for plaintiff.

Natale L. Urso, Westerly, for defendant.

ORDER

The plaintiff's motion for stay of the Arbitrator's Award pending this appeal is denied. The stay entered herein on January 20, 1981 is hereby vacated.

## The EDWARD A. SHERMAN PUBLISHING COMPANY et al.
v.
## William R. GOLDBERG.
### No. 80–543–M.P.

Supreme Court of Rhode Island.

Jan. 22, 1981.

Sheffield & Harvey, W. Ward Harvey, G. Quentin Anthony, Jr., Newport, for petitioners.

Dennis J. Roberts II, Atty. Gen., Corcoran, Peckham & Hayes, Kathleen Managhan, Newport, for intervenors.

ORDER

The petition for writ of certiorari is granted. The motion of David Boggs and Elizabeth Boggs to intervene in this matter is hereby granted.

## Roberta J. EIDAM
v.
## Stephen P. EIDAM.
### No. 80–195–A.

Supreme Court of Rhode Island.

Jan. 22, 1981.

Shayle Robinson, Providence, for petitioner.

Ralph J. Gonnella, Ralph J. Gonnella, Ltd., Providence, for respondent.

ORDER

The respondent's brief having now been filed, petitioner's motion to dismiss this appeal is denied.